UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE<br><br>Plaintiff,<br><br>v.<br><br>RED LION HOTELS CORPORATION<br><br>Defendant. | Case No.:  20cv1901-LAB (KSC)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 21) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE** on the merits, and the parties shall each bear their own costs and attorney's fees.

However, the Court retains jurisdiction over possible Fed. R. Civ. P. 11 violations and other matters related to attorney discipline. Plaintiff's counsel must comply with the Court's order requiring him to provide documentation. (Docket no. 22.)

**IT IS SO ORDERED**.

Dated:  January 12, 2021

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge